UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

        Plaintiff,

                                    CASE NO. 21-20424
   v.                          HON. VICTORIA ROBERTS

RAVEN KELLY,

        Defendant.
_____

| ALYSE WU | EDWARD A. BAJOKA |
|---|---|
| United States Attorney's Office | Bajoka Law Group PLLC |
| 211 W. Fort Street, Suite 2001 | 500 Griswold, Suite 1630 |
| Detroit, MI 48226 | Detroit, MI 48226 |
| 313-226-9518 | 844-422-5652 |
| alyse.wu@usdoj.gov | bajokalaw@gmail.com |

## DEFENDANT D-9 RAVEN KELLY'S MOTION TO ALLOW FOR FILING UNDER SEAL OF HER EX-PARTE MOTION TO APPROVE STAGE ONE BUDGET

    Now comes Raven Kelly, by her attorney Edward Bajoka, and respectfully requests the Court allow her to file her Ex-Parte Motion to Approve Stage One Budget under seal.

                                                        Respectfully submitted,

                                                         /s/*Edward A. Bajoka*_____

                                                         BAJOKA LAW GROUP PLLC

Dated: July 18, 2022

## Certificate of Service

I, Edward A. Bajoka, attorney at law, certify that on July 18, 2022, I caused a copy of this Motion to be served upon the Clerk of the Court.

/s/  Edward A. Bajoka

Edward A. Bajoka (P70919)